WELLS FARGO BANK, N.A., as Trustee, in Trust for the Registered Holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1, Respondent, v DORON EITANI et al., Defendants, and DAVID COHAN, Appellant.

Decided June 1, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BEVERLY WESTON, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted March 27, 2017; decided June 1, 2017

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 27 NY3d 904 (2016)].

In the Matter of OKOLIE CYRIL, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.

Submitted April 17, 2017; decided June 6, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 913 (2017)].